# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**                              **4:06-CR-00410-06-BRW**

**HOLLIS G. BROWN**

## ORDER

Defendant's pending, unopposed Motion to Continue Revocation Hearing (Doc. No. 276) is GRANTED. Accordingly, the revocation hearing currently set for Thursday, July 25, 2013, is continued until a later date.

IT IS SO ORDERED this 24th day of July, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE