IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.     4:06-CR-00410-06-BRW

HOLLIS G. BROWN

## ORDER

Pending before this Court is the Unopposed Motion to Continue Revocation Hearing (Doc. No. 279) filed by Hollis G. Brown. After a review of the Motion, the Court finds that the Motion should be, GRANTED. The revocation hearing currently set for Mr. Brown on the Court's calendar for Friday, August 16, 2013, is cancelled and will be rescheduled for a later date.

IT IS SO ORDERED this 13th day of August, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE